## CHASE LEAVITT & Co. v. UNITED STATES

**No. 4972.**—Invoice dated Tiverton, N. S., October 28, 1939.
Entered at Portland, Maine, November 3, 1939.
Entry No. 46.

(Decided July 9, 1940)

Plaintiffs not represented by counsel.

*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This case was tried and submitted at Portland, Maine, on May 28, 1940. A careful examination of the evidence adduced at that time convinces me that the same is not sufficient to establish any value different from that found by the appraiser. I, therefore, find that the proper dutiable value of the merchandise covered by this appeal is the value found by the appraiser. Judgment will be rendered accordingly.